IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01036-BNB

BRETT FLOYD YEOMANS,

Applicant,

v.

WARDEN J. WANDS,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 7 2010

GREGORY C. LANGHAM
CLERK

_____

## AMENDED ORDER TO FILE PRELIMINARY RESPONSE

_____

As part of the preliminary consideration of the Amended Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed on May 13, 2010, in this case and

pursuant to **Redmon v. Wiley**, 550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has

determined that a limited Preliminary Response is appropriate.  Respondent is directed

pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States

District Courts to file a Preliminary Response limited to addressing the affirmative

defense of exhaustion of administrative remedies.  If Respondent does not intend to

raise this affirmative defense, Respondent must notify the Court of that decision in the

Preliminary Response.  Respondent may not file a dispositive motion as a Preliminary

Response, or an Answer, or otherwise address the merits of the claims in response to

this Order.

In support of the Preliminary Response, Respondent should attach as exhibits

copies of any administrative grievances Applicant has filed raising the issues asserted in

the Amended Application, as well as any responses to those grievances. Applicant may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response. It is

FURTHER ORDERED that this Amended Order for a Preliminary Response replaces the Order filed on May 12, 2010, directing Respondents to file a Preliminary Response to the Application Applicant originally filed on May 6, 2010.

Dated: May 14, 2010

BY THE COURT:


*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01036-BNB

Brett Floyd Yeomans
Reg No. 33019-013
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

J. Wands, Warden - **CERTIFIED**
FCI - Florence
5880 Hwy 67 South
Florence, CO 81226-6000

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

 I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to J. Wands; The United States Attorney General; and to the United States Attorney's Office: AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 05/13/10 on 5/17/10 .

GREGORY C. LANGHAM, CLERK

By:_____
    Deputy Clerk